# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139711

PETER L. OBREMSKEY, Personal
Representative of the Estate of JAMES B.
RICHMAN, and Guardian of MARGARET
ANN RICHMAN, a legally incapacitated
Person,
            Plaintiff/Cross-
            Defendant-Appellee,

v

            SC: 139711
            COA: 282853
            Kalkaska CC: 06-009074-CH

ALLEN G. ANDERSON,
            Defendant/Third-Party
            Plaintiff-Appellant,

and

LITTLE ATLANTIC EXPLORATION &
DEVELOPMENT CO, LLC,
            Defendant/Cross-
            Plaintiff-Appellant,

and

ROBERT J. CAREY,
            Third-Party Defendant-Appellee.
_____/

        On order of the Court, the application for leave to appeal the May 28, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

Clerk

d0517